> Motion GRANTED.
> Extensions as requested.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **GEORGE E. COPPLE,** | |
| **Plaintiff** | |
| | **CASE NO. 3:22-CV-00692** |
| vs. | |
| | **Judge Trauger** |
| **SOUTHERN BANK OF TENNESSEE** | |
| **Defendant** | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY

The parties hereto, Plaintiff George E. Copple and Defendant Southern Bank of Tennessee, jointly move the Court to allow an extension of the current deadlines for written and deposition discovery to permit the parties the explore mediation. Because the requested extension of the deadline for discovery will have an impact on the expert witness disclosures and expert witness depositions, the parties also request extensions of those deadlines, as well as a fifteen-day extension of the current deadline for filing dispositive motions.

A further explanation and brief memorandum in support of extending these pretrial deadlines is set forth in the attached memorandum in support.

## MEMORANDUM IN SUPPORT

The following chart will summarize the current deadlines and those requested by the parties. The paragraph references are references to paragraphs in the Initial Case Management Order.

1